```
1   JACOB D. FLESHER – SBN 210565
    JASON W. SCHAFF – SBN 244285
2   JEREMY J. SCHROEDER – SBN 223118
    FLESHER SCHAFF & SCHROEDER, INC.
3   2202 Plaza Drive
    Rocklin, CA 95765
4   Telephone: (916) 672-6558
    Facsimile:  (916) 672-6602
5
    Attorneys for defendant,
6   NATIONAL RAILROAD PASSENGER CORPORATION
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| DENNIS JOHNSON, an Individual,<br><br>      Plaintiff,<br><br>vs.<br><br>THE NATIONAL RAILROAD PASSENGER CORPORATION d.b.a. AMTRAK; STATE OF CALIFORNIA; ALAMEDA COUNTY; CITY OF NEWARK.; and DOES 1 to 50, Inclusive;<br><br>      Defendants. | **CASE NO. 20-cv-03490-HSG**<br>*Complaint filed: 11/20/19*<br>*Alameda County Superior Court Case No. RG19044062*<br>*Trial Date: n/a*<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL** |

**IT IS STIPULATED** by and between Plaintiff, DENNIS JOHNSON, and defendant, THE NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK ("AMTRAK"), through their respective counsel, that the Court dismiss the matter, with prejudice, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii). Each party agrees to bear their own fees and costs.

**SO STIPULATED AND AGREED**.

DATED: August 17, 2020                **POCRASS & DE LOS REYES, LLP**


By  */s/ Jonathan E. Howell*
    JONATHAN E. HOWELL
    Attorneys for plaintiff, DENNIS JOHNSON

1
JOINT STIPULATION AND ORDER OF DISMISSAL

| | | |
|---|---|---|
| 1 | DATED: August 17. 2020 | **FLESHER SCHAFF & SCHROEDER. INC.** |
| 2 | | |
| 3 | | By <u>/s/ Jason W. Schaff</u><br>   JASON W. SCHAFF |
| 4 | | Attorneys for defendant,<br>NATIONAL RAILROAD PASSENGER<br>CORPORATION |
| 5 | | |
| 6 | **IT IS SO ORDERED.** | |
| 7 | DATED:  8/18/2020 | _____<br>Haywood S. Gilliam, Jr.<br>U.S. District Judge |

2

JOINT STIPULATION AND ORDER OF DISMISSAL